1  LAW OFFICES OF DALE K. GALIPO
   Dale K. Galipo (SBN 144074)
2  dalegalipo@yahoo.com
   Hang D. Le (SBN 293450)
3  hlee@galipolaw.com
   21800 Burbank Boulevard, Suite 310
4  Woodland Hills, California  91367
   Telephone: (818) 347-3333
5  Facsimile: (818) 347-4118

6  PLC LAW GROUP APC
   Peter Laurence Carr, IV (SBN 256104)
7  pcarr@theplclawgroup.com
   Na'Shaun Neal (SBN 284280)
8  nneal@theplclawgroup.com
   3756 Santa Rosalia Drive Suite 326
9  Los Angeles, CA 90008
   310-400-5890
10 Fax: 310-400-5895

11 Attorneys for Plaintiffs

12 **UNITED STATES DISTRICT COURT**

13 **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF LIONEL GIBSON, JR. and as Successors in Interest to Lionel Gibson, deceased, ALICE V. CORLEY and LIONEL GIBSON, SR., individually. <br><br>            Plaintiffs, <br>   vs. <br><br> CITY OF LONG BEACH; CHIEF ROBERT G. LUNA, in his individual and official capacity; OFFICER CHRISTOPHER BRAMMER, in his individual and official capacity; OFFICER FERNANDO D. ARCHULETA, in his individual and official capacity; OFFICER BERANDO BARAJAS, in his individual and official capacity; OFFICER CRAIG M. HAZLEWOOD, in his individual and official capacity; OFFICER RANDALL J. BEACH, in his individual and official capacity; OFFICER RUDOLFO RIOS, in his individual and official capacity; and DOES 1 through 50 inclusive, <br><br>            Defendants. | Case No. 2:16-cv-06962-PLA <br><br> [*Hon. Paul L. Abrams*] <br><br> **JOINT STATEMENT RE MEDIATION** |

**TO THIS HONORABLE COURT**:

Pursuant to this Court's January 29, 2019 Order (Dkt. No. 54), Plaintiffs ESTATE OF LIONEL GIBSON, JR., ALICE V. CORLEY and LIONEL GIBSON, SR. ("Plaintiffs"), by and through their attorney of record, and Defendants CITY OF LONG BEACH, ROBERT G. LUNA, CHRISTOPHER BRAMMER, FERNANDO ARCHULETA, BERANDO BARAJAS, CRAIG M. HAZLEWOOD, RANDALL J. BEACH, and RUDOLFO RIOS, by and through their attorney of record, hereby respectfully submit this Joint Statement regarding mediation.

On January 9, 2019, the parties mediated the instant case with Richard Copeland but were unable to resolve the case. The parties are still communicating regarding settlement but are continuing with litigation.

DATED: February 2, 2019

LAW OFFICES OF DALE K. GALIPO
PLC LAW GROUP APC

By: __*/s/ Peter L. Carr IV*_____________
Dale K. Galipo
Hang D. Le
Peter Laurence Carr, IV
Na'Shaun Neal
Attorneys for Plaintiffs

DATED: February 2, 2019

CHARLES PARKIN, City Attorney

By: __*/s/ Howard D. Russell*___________
Howard D. Russell
Attorney for Defendants
