# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF LIONEL GIBSON, JR. and as Successors in Interest to Lionel Gibson, deceased, ALICE V. CORLEY and LIONEL GIBSON, SR., individually.<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LONG BEACH; CHIEF ROBERT G. LUNA, in his individual and official capacity; OFFICER CHRISTOPHER BRAMMER, in his individual and official capacity; OFFICER FERNANDO D. ARCHULETA, in his individual and official capacity; OFFICER BERANDO BARAJAS, in his individual and official capacity; OFFICER CRAIG M. HAZLEWOOD, in his individual and official capacity; OFFICER RANDALL J. BEACH, in his individual and official capacity; OFFICER RUDOLFO RIOS, in his individual and official capacity; and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. 2:16-cv-06962-PLA<br><br>[*Hon. Paul L. Abrams*]<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

## ORDER

Based on the stipulation of the parties and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED that the above-entitled action against CITY OF LONG BEACH, CHIEF ROBERT G. LUNA, OFFICER CHRSTOPHER BRAMMER, OFFICER FERNANDO ARCHULETA, OFFICER BERANDO BARAJAS, OFFICER CRAIG M. HAZLEWOOD, OFFICER RANDALL J. BEACH, and OFFICER RUDOLFO RIOS is dismissed, with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1). Each party shall bear their own costs and fees.

**IT IS SO ORDERED**.

DATED: June 12, 2019

*Paul L. Abrams*
HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE